day, February 5, 1973 to show cause why appeal should not be dismissed for lack of prosecution. *Abatuno & Chisholm, Alfred G. Thibodeau,* for petitioners. *Paul V. Reynolds,* for respondents.

December 21, 1972.

M. P. No. 1942. RUDOLPH G. SCIARRA *et al. v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus to admit petitioners to bail denied. *Charles J. Rogers, Jr.,* for Rudolph G. Sciarra; *Raymond J. Daniels,* for John Rossi; *Anthony Del Guidice,* for Robert Fairbrothers, petitioners. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1970. JOHN L. ANDREWS *v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to petition for habeas corpus and *show cause,* if any, why the writ should not issue as prayed, said answer to comply with Rule 14. *William F. Reilly,* Public Defender, *Paul E. Kelley,* Asst. Public Defender, for petitioner.

Ex. No. 1742. STATE *v.* CHARLES T. HAIGH, JR. Motion of defendant to assign for argument denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 1819. STATE *v.* PHILLIP D. CARUFEL. Motion of defendant to assign for argument denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 1920. STATE *v.* DONALD ALPAIO. Motion of defendant that time for filing brief be deferred until court renders its opinion in *State* v. *Almedia,* No. 1426-Ex. and No. 1433-Ex. is granted. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.